**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 26-cv-22909-JB**

NICHOLAS PAGAN,

Plaintiff,

v.

NVICTA WATCH COMPANY OF AMERICA, INC.,

Defendant.
_______________________________________/

**ORDER OF DISMISSAL**

**THIS CAUSE** comes before the Court on Plaintiff's Notice of Dismissal (the "Notice"), ECF No. [7], in which Plaintiff dismisses this action with prejudice. Accordingly, it is hereby **ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** this case, and all pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Miami, Florida this 15th day of June, 2026.

**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**